CLAUDE E. NASH AND JANIS WESSOLLECK v. MOTOROLA COMMUNICATIONS AND ELECTRONICS, INC., CHARLES ROBINSON, MOTOROLA, INC. AND AIRCALL, INC.

No. 568PA89

(Filed 7 February 1991)

ON discretionary review of the decision of the Court of Appeals, 96 N.C. App. 329, 385 S.E.2d 537 (1989), reversing a judgment entered by *Owens, J.*, in the Superior Court, HENDERSON County on 29 June 1988. Heard in the Supreme Court 6 September 1990.

*Patrick U. Smathers, P.A., by Patrick U. Smathers, for plaintiffs appellees.*

*Van Winkle, Buck, Wall, Starnes and Davis, P.A., by Roy W. Davis, Jr. and Michelle Rippon, for defendants appellants.*

PER CURIAM.

Affirmed.

Justice MARTIN did not participate in this decision.